U.S. District Court

Carl Cooper Jr/Chocolate
V
Vanderburgh County Jail

3:26-cv-169-RLY-CSW
Cause

Lawsuit

I Carl Cooper Jr Come before the Courts asking that the filing fee be waived being that I'm indigent asking that the Courts request my account balance printout as well as all the Camera footage the jail will not give it to me at my request nor will they give me my grievances & Complaints unless the Court request them.

I Carl Cooper would like to Sue Vanderburgh County Jail for not allowing me the proper amount of exercise out of my Cell per week the law Clearly States I should atleast be allowed 1 hour out per week & I'm not recieving that, I'm also being harrassed & I've been jumped on by 2 guards A. Fullington & B. Day I live in fear.

I Carl Cooper Jr am asking for 1.1 million dollars pain & suffering & I believe that to be more than fair with all that I go through & suffer daily mentally & physically I have nightmares & on phsyc meds & everything. I also ask that the Courts request that the jail put me back upfront for safe keeping

Respectfully
Carl Cooper Jr

Carl Cooper Jr
E.V.C.J
3500 Harlan
Evansville, IN
47711

U.S. District Court
46 E. OHIO ST.
Indianapolis, IN
46204

LOUISVILLE KY 400
14 JUL 2026 PM 4 L




This Correspondence Is Being Sent By An inmate incarcerated In The Vanderburgh County Confinement Center The Items Contained Herein Have Not Been inspected

FILED
JUL 2 2 2026
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

46204$1903 6